[DO NOT PUBLISH]

# In the
# United States Court of Appeals
## For the Eleventh Circuit

————————————————

No. 24-11436

Non-Argument Calendar

————————————————

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

WILSON ANTONIO ALTA-MIRANO,

Defendant-Appellant.

————————————————

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 8:23-cr-00405-RAL-NHA-1

————————————————

2                        Opinion of the Court                  24-11436

Before ABUDU, KIDD, and MARCUS, Circuit Judges.

PER CURIAM:

Christopher DeLaughter, appointed counsel for Wilson Alta-Mirano in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Alta-Mirano's conviction and sentence are **AFFIRMED**.